PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Andres Valencia                                    Cr.: 2:06-CR-00034

Name of Sentencing Judicial Officer: Honorable William E. Smith, District of Rhode Island.  Honorable Faith S. Hochberg accepted jurisdiction of case on January 13, 2006.

Date of Original Sentence: July 30, 2004

Original Offense: Conspiracy to Commit Offenses Against the United States and Uttering Counterfeit Documents

Original Sentence: Twelve (12) months imprisonment to be followed by three (3) years supervised release. Special conditions: Up to 72 drug tests per year, $1,169.31 restitution to be paid joint and severally, and $200 special assessment.

Type of Supervision: Supervised Release                    Date Supervision Commenced: July 21, 2005

Assistant U.S. Attorney: TBD                                              Defense Attorney: TBD

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

The offender was instructed to report to the US Probation Office on September 14, 1005 and October 18, 2005. The offender has not submitted any Monthly Supervision Reports since the commencement of his supervision term. This writer has attempted to contact the offender on his cellular phone which was disconnected in October 2005 and messages were left at offender's home with an unidentified male to no avail. A home visit was attempted on October 11, 2005, however proved unsuccessful.

| | |
|---|---|
| 2 | The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**' |
| | On July 25, 2005, the offender reported to the US Probation Office and submitted a urine sample for an instant urinalysis test which proved positive. The offender admitted to abusing marijuana on July 23, 2005 with friends. |
| 3 | The offender has violated the supervision condition which states '**You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**' |
| | On September 7, 2005, this writer mailed Employment Search Activity Forms to offender instructing him to make a minimum of two (2) employment related contacts per week in an attempt to obtain stable employment. The offender was instructed to submit the forms to the US Probation Office detailing his employment searching activity on a bi-weekly basis, which he has failed to do. |
| 4 | The offender has violated the supervision condition which states "**The defendant shall pay a special assessment in the amount of $200.00**' |
| | On October 24, 2005, this writer contacted the United States Attorney's Office-Financial Litigation Office in the District of Rhode Island and confirmed that the offender has an outstanding balance of $80 owed on his special assessment. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Jaclyn T. Coe
U.S. Probation Officer
Date: 01/25/06

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

2/22/06
Date