PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Andres Valencia                                                    Cr.: 06-00034-001

Name of Judicial Officer: HONORABLE FAITH S. HOCHBERG

Date of Original Sentence: 07/30/04
Date of Violation of TSR: 03/29/06

Original Offense: Conspiracy to Commit Offenses Against the United States and Uttering Counterfeit Documents and Aiding and Abetting in violation of Title 18 USC § 371 and 18 USC § 472 and 2

Original Sentence: 12 months imprisonment
VOP Sentence:     5 months imprisonment

Type of Supervision: Supervised Release                          Date Supervision Commenced: 08/11/06

Assistant U.S. Attorney: TBD                                                        Defense Attorney: TBD

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                    The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.'**

                     On August 23, December 20, and December 29, 2006, the offender provided a positive urine specimen for marijuana. On December 22, 2006, he provided a positive urine specimen for cocaine. Furthermore, the offender failed to report to Behavioral Intervention in Elizabeth, New Jersey for intake on December 24, 2006, for outpatient drug treatment/counseling as instructed.

PROB 12C - Page 2
Andres Valencia

2  The offender has violated the supervision condition which states '**As a condition of supervision, you are instructed to pay a special assessment fine.**'

At the time of sentencing for the original offense of conviction, Valencia was ordered to pay a $200 special assessment. This was to be paid immediately. While serving a term of imprisonment for the original offense, the offender satisfied $120 toward the $200 special assessment. To date, the offender has failed to make a single payment toward the outstanding fine balance of $80.

I declare under penalty of perjury that the foregoing is true and correct.

By: Elizabeth Villa
U.S. Probation Officer
Date: 01/03/07

THE COURT ORDERS:

[✓] The Issuance of a Summons. Date of Hearing: 1/25/07  11:30 AM
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer

1/10/2007
Date